UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-21110-CIV-WILLIAMS

IN RE:

LEXI DEVELOPMENT COMPANY, INC.,

    Debtor.
_____/

LEXI NORTH BAY, LLC,

    Appellant,

vs.

LEXI DEVELOPMENT COMPANY, INC.
and GREAT FLORIDA BANK,

    Appellees.
_____/

## ORDER

**THIS MATTER** is before the Court upon Lexi North Bay LLC's motion to stay (DE 1) and motion to expedite briefing schedule (DE 4). The Court held a hearing in this matter on April 5, 2016. For the reasons stated at the hearing, Lexi North Bay LLC's motion to stay (DE 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida this 11th day of April, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE